No. 03–6633.  LAVALLEE v. PARCHUE ET AL.  C. A. 11th Cir. Certiorari denied.

No. 03–6637.  LEE v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 03–6654.  YANCEY v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS.  C. A. 3d Cir.  Certiorari denied.

No. 03–6668.  CONTRARAS-FLORES, AKA ACEVES-FLORES v. UNITED STATES; and PALACIOS-SANTOYO v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.  Reported below: 73 Fed. Appx. 82 (first judgment) and 83 (second judgment).

No. 03–6675.  BARTON v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 03–6677.  CHARLESTON v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–6702.  TRAVIS W. v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 03–6704.  PARKER v. SUTTON, CORRECTIONAL ADMINIS-TRATOR I, PASQUOTANK CORRECTIONAL INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 03–6707.  THOMAS v. CASTRO, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–6712.  CARTER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 03–6713.  COINER v. UNITED STATES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–6721.  RASHID v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–6722.  LEGG v. OLIVAREZ ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–6733.  ALEXANDER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.